UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAJANI, HAZEM | § | Case No. 08-13947 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 05/30/2008 . The undersigned trustee was appointed on  05/30/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized gross receipts of        $        4,500.51

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 5.01 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |

Leaving a balance on hand of[1]       $       4,495.50

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was  04/23/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,125.16 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ ~~811.90~~ *1125.13* , for a total compensation of $ ~~811.90~~ .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2010 _____      By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      08-13947      CAD      Judge: CAROL A. DOYLE
Case Name:   DAJANI, HAZEM

For Period Ending: 04/20/10

Trustee Name:                         ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c):      05/30/08 (f)
341(a) Meeting Date:                  06/25/08
Claims Bar Date:                      04/23/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6529 N. Le Mai Avenue, Lincolnwood IL. Debtor Claimed Exemption | 647,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 8544 McCormick, Skokie, (To be Surrendered) | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Vacant Lot Approximately 17,000 The Price Debtor p | 17,000.00 | 17,000.00 | | 4,500.00 | FA |
| 4. Citibank Checking Acct 910602219 Debtor Claimed Exemption | 500.00 | 500.00 | | 0.00 | FA |
| 5. Household goods including: bed, couch, sofa, tv, v Debtor Claimed Exemption | 450.00 | 450.00 | | 0.00 | FA |
| 6. Used Personal Clothes Debtor Claimed Exemption | 500.00 | 500.00 | | 0.00 | FA |
| 7. $100,000 Death Policy Allstate Insurance Beneficia Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1 Desk &amp; 2 credenzas- 2 chairs Debtor Claimed Exemption | 400.00 | 400.00 | | 0.00 | FA |
| 9. MISC | 2,700.00 | 2,700.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.51 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,118,550.00 | $21,550.00 | | $4,500.51 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-RE BROKER EMPLOYED, RE LISTED FOR SALE IN FLORIDA

Page:    2
Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:       08-13947      CAD    Judge: CAROL A. DOYLE
Case Name:    DAJANI, HAZEM

Trustee Name:                              ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c):    05/30/08 (f)
341(a) Meeting Date:                06/25/08
Claims Bar Date:                    04/23/09

Initial Projected Date of Final Report (TFR): 03/31/09        Current Projected Date of Final Report (TFR): 03/31/10

Ver: 15.08

LFORM1    UST Form 101-7-TFR (9/1/2009) (*Page: 4*)

Page: 1

Exhibit B

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-13947 -CAD
Case Name: DAJANI, HAZEM
Taxpayer ID No: *******0268
For Period Ending: 04/20/10

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: 4429208492 Money Market - Interest Bearing
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/09 | 3 | HAZEM DAJANI | RE- SETTLEMENT | 1110-000 | 1,500.00 | | 1,500.00 |
| 10/15/09 | 3 | HAZEM DAJANI | SETTLEMENT PMT | 1110-000 | 1,000.00 | | 2,500.00 |
| 10/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,500.04 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.10 |
| 12/16/09 | 3 | HAZEM DAJANI | SETTLEMENT | 1110-000 | 1,000.00 | | 3,500.10 |
| 12/16/09 | 3 | HAZEM DAJANI | SETTLEMENT | 1110-000 | 1,000.00 | | 4,500.10 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,500.18 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,500.29 |
| 02/15/10 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 5.01 | 4,495.28 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,495.38 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,495.50 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 4,500.51 | 5.01 | 4,495.50 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,500.51 | 5.01 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,500.51 | 5.01 | |

TOTAL - ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208492 | 4,500.51 | 5.01 | 4,495.50 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals: 4,500.51   5.01

Ver: 15.08

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 5)

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

Case No.: 08-13947 -CAD
Case Name: DAJANI, HAZEM

Taxpayer ID No: *******0268
For Period Ending: 04/20/10

Trustee Name: ANDREW J. MAXWELL, TRUSTEE
Bank Name: Bank of America, N.A.
Account Number / CD #: 4429208492 Money Market - Interest Bearing

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market - Interest Bearing - 4429208492 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |
| | | | | | | | 0.00 |

UST Form 101-7-TFR (9/1/2009) (Page: 6)

LFORM24

Ver: 15.08

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-13947 | | Page 1 | | | | Date: May 11, 2010 |
| Debtor Name: | DAJANI, HAZEM | | Claim Type Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001￼2100-00 | ANDREW J. MAXWELL￼105 W. Adams￼SUITE 3200￼CHICAGO,  ILLINOIS 60603￼Tax Id: 36-3557951 | Administrative | | $0.00 | $1,125.13 | $1,125.13 |
| 001￼3110-00 | MAXWELL LAW GROUP, LLC￼105 WEST ADAMS￼SUITE 3200￼CHICAGO, IL 60603￼Tax Id: 37-1501169 | Administrative | | $0.00 | $5,057.50 | $5,057.50 |
| 001￼3120-00 | MAXWELL LAW GROUP, LLC￼105 WEST ADAMS￼SUITE 3200￼CHICAGO, IL 60603￼Tax Id: 37-1501169 | Administrative | | $0.00 | $47.38 | $47.38 |
| 000001￼050￼4110-00 | Charter One Bank, N.A.￼1215 Superior Ave.￼Cleveland, OH 44114 | Secured | Filed 06/18/08￼claim disallowed per 4/15/10 o/c | $0.00 | $52,827.40 | $0.00 |
| 000002￼070￼7100-00 | Pentech Financial Services Inc￼910 East Hamilton Avenue, Suite 400￼Campbell, CA 95008 | Unsecured | Filed 09/22/08 | $0.00 | $154,591.42 | $154,591.42 |
| 000003￼070￼7100-00 | PYOD LLC as assignee / Washington Mutual￼Resurgent Capital Services￼PO Box 10587￼Greenville, SC 29603-0587 | Unsecured | Filed 02/02/09 | $0.00 | $6,105.89 | $6,105.89 |
| 000004￼070￼7100-00 | PYOD LLC as assignee /Citibank￼Resurgent Capital Services￼PO Box 10587￼Greenville, SC 29603-0587 | Unsecured | Filed 02/02/09 | $0.00 | $8,777.88 | $8,777.88 |
| 000005￼070￼7100-00 | PYOD LLC as assignee /Citibank￼Resurgent Capital Services￼PO Box 10587￼Greenville, SC 29603-0587 | Unsecured | Filed 02/02/09 | $0.00 | $973.00 | $973.00 |
| 000006￼070￼7100-00 | Discover Bank/DFS Services LLC￼PO Box 3025￼New Albany OH 43054-3025 | Unsecured | Filed 02/16/09 | $0.00 | $8,122.34 | $8,122.34 |
| 000007￼070￼7100-00 | American Express Centurion Bank￼POB 3001￼Malvern, PA 19355-0701 | Unsecured | Filed 03/24/09￼(7-1) CREDIT CARD DEBT | $0.00 | $2,456.53 | $2,456.53 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-13947 | | Page 2 | | | Date: May 11, 2010 |
| Debtor Name: | DAJANI, HAZEM | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | American Express Travel Related Services Co, Inc POB 3001 Malvern, PA 19355-0701 | Unsecured | Filed 03/26/09 (8-1) CREDIT CARD DEBT | $0.00 | $76.58 | $76.58 |
| 000009 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 04/06/09 | $0.00 | $15,554.71 | $15,554.71 |
| 000010 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | Filed 04/06/09 | $0.00 | $8,242.06 | $8,242.06 |
| 000011 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank NA / Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsecured | Filed 04/15/09 | $0.00 | $2,224.40 | $2,224.40 |
| | Case Totals: | | | $0.00 | $266,182.22 | $213,354.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

Printed: 05/11/10 09:21 AM    Ver: 15.08

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-13947
Case Name: DAJANI, HAZEM
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: *ANDREW J. MAXWELL,* | | |
| *TRUSTEE* | $ 811.90 | $ 0.00 |
| Attorney for trustee: *MAXWELL LAW* | | |
| *GROUP, LLC* | $ 3,649.52 | $ 34.19 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,124.81 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000002_ | _Pentech Financial Services Inc_ | $ 154,591.42 | $ 0.00 |
| _000003_ | _PYOD LLC as assignee /_ _Washington Mutual_ | $ 6,105.89 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PYOD LLC as assignee /Citibank | $ 8,777.88 | $ 0.00 |
| 000005 | PYOD LLC as assignee /Citibank | $ 973.00 | $ 0.00 |
| 000006 | Discover Bank/DFS Services LLC | $ 8,122.34 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 2,456.53 | $ 0.00 |
| 000008 | American Express Travel Related | $ 76.58 | $ 0.00 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,554.71 | $ 0.00 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,242.06 | $ 0.00 |
| 000011 | eCAST Settlement Corporation assignee of HSBC Bank | $ 2,224.40 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .