# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
DAJANI, HAZEM § Case No. 08-13947
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/17/2010 in Courtroom 742,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/11/2010                By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
DAJANI, HAZEM § Case No. 08-13947
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 4,500.51 |
| *and approved disbursements of* | $ | 5.01 |
| *leaving a balance on hand of*[1] | $ | 4,495.50 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 811.90 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 3,649.52 | $ 34.19 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,124.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Pentech Financial Services Inc* | $ 154,591.42 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC as assignee / Washington Mutual | $ 6,105.89 | $ 0.00 |
| 000004 | PYOD LLC as assignee /Citibank | $ 8,777.88 | $ 0.00 |
| 000005 | PYOD LLC as assignee /Citibank | $ 973.00 | $ 0.00 |
| 000006 | Discover Bank/DFS Services LLC | $ 8,122.34 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 2,456.53 | $ 0.00 |
| 000008 | American Express Travel Related | $ 76.58 | $ 0.00 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 15,554.71 | $ 0.00 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 8,242.06 | $ 0.00 |
| 000011 | eCAST Settlement Corporation assignee of HSBC Bank | $ 2,224.40 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

          Prepared By: /s/ Andrew J. Maxwell_____
                   Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 2                  Date Rcvd: May 11, 2010
Case: 08-13947                 Form ID: pdf006              Total Noticed: 37

The following entities were noticed by first class mail on May 13, 2010.
db            +Hazem Dajani,    2840 W. Hollywood Avenue #1E,    Chicago, IL 60659-4700
aty           +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
                Chicago, IL 60603-6209
aty           +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
                Chicago, IL 60603-6209
aty           +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
tr            +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
                Chicago, IL 60603-6209
12416028      +ASP Management LLC,    c/o Baker, Miller, Markoff & Krasny,    29 N. Wacker Drive, 5th Fl,
                Chicago, IL 60606-2851
12285698      +Accredited Home Lenders,    15253 Avenue of Science Building 3,    San Diego, CA 92128-3437
13685665       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
13696628       American Express Travel Related,    Services Co, Inc,    POB 3001,    Malvern, PA 19355-0701
12285699      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12285700      +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
12285716     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Wash Mutual/Providian,     Po Box 9180,    Pleasanton, CA 94566)
12285702      +Central Loan,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
12416029      +Charter One Bank,    c/o Donald Newman & Associates,    11 s. LaSalle Street Ste 1500,
                Chicago, IL 60603-1224
12336899      +Charter One Bank, N.A.,    1215 Superior Ave.,    Cleveland, OH 44114-3299
12285703      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12285704      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12285706      +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
12285707      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
12285708       Harris Bank Barrington NA,    P O Box 6201,    Carol Stream, IL 60197-6201
12285709      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12285710      +Hsbc Bank,    12447 Sw 69th Ave,    Tigard, OR 97223-8517
12285711      +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
12285713     ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,     Stop 5013 CHI,    230 S. Dearborn St.,    Chicago, IL 60604)
12285712       IndyMac,    P.O. Box 78826,    Phoenix, AZ 85062-8826
12633573     ++PENTECH FINANCIAL SERVICES INC,     240 E HACIENDA AVE,    STE 100,    CAMPBELL CA 95008-6617
              (address filed with court: Pentech Financial Services Inc,     910 East Hamilton Avenue, Suite 400,
                Campbell, CA 95008)
12416027      +Pentech Financial Services, Inc,    c/o Clark Hill PLC,    150 N. Michigan Avenue,
                Chicago, IL 60601-7553
12285714      +Shell/Citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
12285715      +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13785324       eCAST Settlement Corporation assignee of HSBC Bank,    NA / Direct Merchants Credit Card Bank,
                NA,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on May 11, 2010.
12285697      +E-mail/Text: collect@arspif.com                            Account Recovery Servi,
                3031 N 114th St,    Wauwatosa, WI 53222-4218
12285701       E-mail/PDF: bankruptcynotices@bmwfs.com May 12 2010 00:26:08     BMW Financial Services,
                PO Box 78103,    Phoenix, AZ 85062-8103
13529796       E-mail/PDF: mrdiscen@discoverfinancial.com May 12 2010 00:19:36
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12285705      +E-mail/PDF: mrdiscen@discoverfinancial.com May 12 2010 00:19:36     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13747655       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2010 00:18:43
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
13483060       E-mail/Text: resurgentbknotifications@resurgent.com
                PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13483020       E-mail/Text: resurgentbknotifications@resurgent.com
                PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
                Chicago, IL 60603-6209
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: May 11, 2010
Case: 08-13947                 Form ID: pdf006           Total Noticed: 37
```

      ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2010**           **Signature:**           _/s/ Joseph Speetjens_