UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
DAJANI, HAZEM                       §   Case No. 08-13947
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Accredited Home Lenders 15253 Avenue of Science Building 3 San Diego, CA 92128 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Central Loan 425 Phillips Blvd. Ewing, NJ 08618 | | | | | |
| Harris Bank Barrington NA P O Box 6201 Carol Stream, IL 60197-6201 | | | | | |
| IndyMac P.O. Box 78826 Phoenix, AZ 85062-8826 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Account Recovery Servi 3031 N 114th St Wauwatosa, WI 53222 | | | | | |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| Fnb Omaha Po Box 3412 Omaha, NE 68197 | | | | | |
| Hsbc Bank 12447 Sw 69th Ave Tigard, OR 97223 | | | | | |
| Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| IRS Stop 5013 CHI 230 S. Dearborn St. Chicago, IL 60604 | | | | | |
| Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| PENTECH FINANCIAL SERVICES INC | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-13947 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | DAJANI, HAZEM | | | Date Filed (f) or Converted (c): | 05/30/08 (f) |
| | | | | 341(a) Meeting Date: | 06/25/08 |
| For Period Ending: | 07/14/10 | | | Claims Bar Date: | 04/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6529 N. Le Mai Avenue, Lincolnwood IL | 647,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 8544 McCormick, Skokie, (To be Surrendered) | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Vacant Lot Approximately 17,000 The Price Debtor p | 17,000.00 | 17,000.00 | | 4,500.00 | FA |
| 4. Citibank Checking Acct 910602219 | 500.00 | 500.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Household goods including: bed, couch, sofa, tv, v | 450.00 | 450.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Used Personal Clothes | 500.00 | 500.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. $100,000 Death Policy Allstate Insurance Beneficia | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 1 Desk &amp; 2 credenzas- 2 chairs | 400.00 | 400.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. MISC | 2,700.00 | 2,700.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.81 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,118,550.00   $21,550.00   $4,500.81   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-RE BROKER EMPLOYED, RE LISTED FOR SALE IN FLORIDA

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-13947   CAD   Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | DAJANI, HAZEM | Date Filed (f) or Converted (c): 05/30/08 (f) |
| | | 341(a) Meeting Date: 06/25/08 |
| | | Claims Bar Date: 04/23/09 |

Initial Projected Date of Final Report (TFR): 03/31/09     Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-13947 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DAJANI, HAZEM | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208492 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0268 | | |
| For Period Ending: | 07/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/09 | 3 | HAZEM DAJANI | RE- SETTLEMENT | 1110-000 | 1,500.00 | | 1,500.00 |
| 10/15/09 | 3 | HAZEM DAJANI | SETTLEMENT PMT | 1110-000 | 1,000.00 | | 2,500.00 |
| 10/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,500.04 |
| 11/30/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,500.10 |
| 12/16/09 | 3 | HAZEM DAJANI | SETTLEMENT | 1110-000 | 1,000.00 | | 3,500.10 |
| 12/16/09 | 3 | HAZEM DAJANI | SETTLEMENT | 1110-000 | 1,000.00 | | 4,500.10 |
| 12/31/09 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 4,500.18 |
| 01/29/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,500.29 |
| 02/15/10 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PREMIUM BOND# 016026455 | 2300-000 | | 5.01 | 4,495.28 |
| 02/26/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,495.38 |
| 03/31/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,495.50 |
| 04/30/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,495.61 |
| 05/28/10 | 10 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,495.72 |
| 06/22/10 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 4,495.80 |
| 06/22/10 | | Transfer to Acct #4429208748 | Final Posting Transfer | 9999-000 | | 4,495.80 | 0.00 |

Page Subtotals   4,500.81   4,500.81

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-13947 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | DAJANI, HAZEM | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208492  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0268 | | | |
| For Period Ending: | 07/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,500.81 | 4,500.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,495.80 | |
| | | | Subtotal | | 4,500.81 | 5.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,500.81 | 5.01 | |

Page Subtotals       0.00       0.00

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-13947 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DAJANI, HAZEM | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208748 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0268 | | | |
| For Period Ending: | 07/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/10 | | Transfer from Acct #4429208492 | Transfer In From MMA Account | 9999-000 | 4,495.80 | | 4,495.80 |
| 06/22/10 | 001001 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Full and Final Distribution (Claim#) | 2100-000 | | 811.94 | 3,683.86 |
| 06/22/10 | 001002 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3110-000 | | 3,649.67 | 34.19 |
| 06/22/10 | 001003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3120-000 | | 34.19 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,495.80 | 4,495.80 | 0.00 |
| Less: Bank Transfers/CD's | 4,495.80 | 0.00 | |
| Subtotal | 0.00 | 4,495.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,495.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208492 | 4,500.81 | 5.01 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208748 | 0.00 | 4,495.80 | 0.00 |
| | 4,500.81 | 4,500.81 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        4,495.80        4,495.80

Ver: 15.10b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-13947 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DAJANI, HAZEM | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208748 Checking Account (Non-Interest Earn |
| Taxpayer ID No | *******0268 | | |
| For Period Ending: | 07/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - 4429208492

Checking Account (Non-Interest Earn - 4429208748

Page Subtotals        0.00        0.00

Ver: 15.10b